**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-30358 |
| Plaintiff - Appellee, | D.C. No. 4:13-cr-00054-DLC-1 |
| v. | |
| DUANE ANTONIO MARTELL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, Chief District Judge, Presiding

Submitted September 30, 2014[**]

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Duane Antonio Martell appeals from the district court's judgment and

challenges the 60-month sentence imposed following his guilty plea convictions

for two counts of assault with a dangerous weapon, in violation of 18 U.S.C. §

113(a)(3), and assault resulting in serious bodily injury, in violation of 18 U.S.C. §

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

113(a)(6).  Pursuant to *Anders v. California,* 386 U.S. 738 (1967), Martell's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  Martell filed a late supplemental brief on July 28, 2014 and we granted his motion to file that brief.  On November 21, 2014, Martell filed a motion to file another late supplemental brief.  We deny that motion.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75 (1988), discloses no arguable grounds for relief on direct appeal.  Accordingly, we affirm the sentence.

We decline to review Martell's ineffective assistance of counsel claims on direct appeal.  *See United States v. Rahman*, 642 F.3d 1257, 1260 (9th Cir. 2011).  We leave open the possibility that Martell might raise an ineffective assistance of counsel claim in collateral proceedings.  *See id.*

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED**.